[Civ. No. 3994. Third Appellate District.—November 14, 1929.]

LESLIE LEE BURR, Respondent, v. WESTERN STATES LIFE INSURANCE COMPANY, Appellant.

T. G. Crothers and M. H. Iverson for Appellant.

Hale McCowen, Jr., for Respondent.

THE CUURT.— On the authority of *McKenzie* v. *Los Angeles Life Ins. Co. et al.*, 88 Cal. App. 259 [263 Pac. 338], the petition for a writ of *supersedeas* is hereby denied.